UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

**In Re:  Application for Exemption from the Electronic Public Access Fees by Alexander Zentefis**

## ORDER GRANTING PACER FEE WAIVER

On August 1, 2024, Alexander Zentefis, researcher associated with an educational institution, filed a request for a local PACER fee exemption extension for one (1) year to access sentencing hearings in criminal cases to study linguistic patterns.

Consistent with the policy established by the Judicial Conference of the United States, the court may, upon a showing of cause, grant a PACER fee exemption to individual researchers associated with an educational institution.  The individuals requesting the exemption must establish that the exemption is necessary to avoid an unreasonable burden and to promote public access to the information sought.

Subject to the restrictions listed below, I find that Mr. Zentefis has shown cause to justify the requested PACER fee exemption and that an exemption is necessary in order to avoid an unreasonable burden and to promote public access of this district's case information.

Accordingly, Mr. Zentefis shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court.  Mr. Zentefis shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.  Additionally, the following limitations apply:

1. This fee exemption applies only to Mr. Zentefis and is valid for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Mr. Plante agrees not to (a) sell for profit any data obtained as a result of receiving this exemption, or (b) transfer any data or documents obtained as a result of a fee exemption unless expressly authorized by the court; and

4. This exemption shall be valid from this date through July 31, 2025, when it will expire unless extended upon request for good cause shown.

This exemption may be revoked at the discretion of the court at any time.  A copy of this order shall be sent to the PACER Service Center.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 22nd day of August, 2024.

/s/ Geoffrey W. Crawford
Judge, U. S. District Court

# Application for Multi-Court Exemption from the
# Judicial Conference's Electronic Public Access (EPA) Fees

1.) I am requesting an exemption from fees for public access to electronic case records for the courts selected below:

## Courts of Appeal

- [ ] All Courts of Appeal
- [ ] First Circuit
- [ ] Second Circuit
- [ ] Third Circuit
- [ ] Fourth Circuit
- [ ] Fifth Circuit
- [ ] Sixth Circuit
- [ ] Seventh Circuit
- [ ] Eighth Circuit
- [ ] Ninth Circuit
- [ ] Tenth Circuit
- [ ] Eleventh Circuit
- [ ] D.C. Circuit
- [ ] Federal Circuit

## Bankruptcy Appellate Panels (BAP)

- [ ] First Circuit - BAP
- [ ] Sixth Circuit - BAP
- [ ] Eighth Circuit - BAP
- [ ] Ninth Circuit - BAP
- [ ] Tenth Circuit - BAP

## District Courts

- [ ] All District Courts
- [x] Alabama Middle
- [ ] Alabama Northern
- [x] Alabama Southern
- [x] Alaska
- [x] Arizona
- [x] Arkansas Eastern
- [x] Arkansas Western
- [ ] California Central
- [x] California Eastern
- [x] California Northern
- [ ] California Southern
- [x] Colorado
- [x] Connecticut
- [x] Delaware
- [x] District of Columbia
- [ ] Florida Middle
- [ ] Florida Northern
- [ ] Florida Southern
- [x] Georgia Northern
- [x] Georgia Middle
- [x] Georgia Southern
- [x] Guam
- [x] Hawaii
- [x] Idaho
- [x] Illinois Northern
- [ ] Illinois Central
- [x] Illinois Southern
- [x] Indiana Northern
- [x] Indiana Southern
- [x] Iowa Northern
- [ ] Iowa Southern
- [x] Kansas
- [x] Kentucky Eastern
- [x] Kentucky Western
- [x] Louisiana Eastern
- [x] Louisiana Middle
- [x] Louisiana Western
- [x] Maine
- [x] Maryland
- [x] Massachusetts
- [ ] Michigan Eastern
- [x] Michigan Western
- [x] Minnesota
- [x] Mississippi Northern
- [x] Mississippi Southern
- [x] Missouri Eastern
- [ ] Missouri Western
- [x] Montana
- [ ] Nebraska
- [x] Nevada
- [ ] New Hampshire
- [x] New Jersey
- [x] New Mexico
- [x] New York Eastern
- [x] New York Northern
- [x] New York Southern
- [ ] New York Western
- [x] North Carolina Eastern
- [x] North Carolina Middle
- [x] North Carolina Western
- [x] North Dakota
- [x] Northern Mariana Islands
- [ ] Ohio Northern
- [x] Ohio Southern
- [x] Oklahoma Eastern
- [x] Oklahoma Northern
- [x] Oklahoma Western
- [ ] Oregon
- [x] Pennsylvania Eastern
- [x] Pennsylvania Middle
- [ ] Pennsylvania Western
- [x] Puerto Rico
- [x] Rhode Island
- [x] South Carolina
- [x] South Dakota
- [ ] Tennessee Eastern
- [x] Tennessee Middle
- [x] Tennessee Western
- [x] Texas Eastern
- [x] Texas Northern
- [x] Texas Southern
- [ ] Texas Western
- [ ] Utah
- [x] Vermont
- [x] Virgin Islands
- [x] Virginia Eastern
- [x] Virginia Western
- [x] Washington Eastern
- [ ] Washington Western
- [x] West Virginia Northern
- [x] West Virginia Southern
- [x] Wisconsin Eastern
- [x] Wisconsin Western
- [ ] Wyoming

**Bankruptcy Courts**

- [ ] All Bankruptcy Courts

| | | | |
|---|---|---|---|
| [ ] Alabama Middle | [ ] Illinois Northern | [ ] Nebraska | [ ] Rhode Island |
| [ ] Alabama Northern | [ ] Illinois Central | [ ] Nevada | [ ] South Carolina |
| [ ] Alabama Southern | [ ] Illinois Southern | [ ] New Hampshire | [ ] South Dakota |
| [ ] Alaska | [ ] Indiana Northern | [ ] New Jersey | [ ] Tennessee Eastern |
| [ ] Arizona | [ ] Indiana Southern | [ ] New Mexico | [ ] Tennessee Middle |
| [ ] Arkansas Eastern | [ ] Iowa Northern | [ ] New York Eastern | [ ] Tennessee Western |
| [ ] Arkansas Western | [ ] Iowa Southern | [ ] New York Northern | [ ] Texas Eastern |
| [ ] California Central | [ ] Kansas | [ ] New York Southern | [ ] Texas Northern |
| [ ] California Eastern | [ ] Kentucky Eastern | [ ] New York Western | [ ] Texas Southern |
| [ ] California Northern | [ ] Kentucky Western | [ ] North Carolina Eastern | [ ] Texas Western |
| [ ] California Southern | [ ] Louisiana Eastern | [ ] North Carolina Middle | [ ] Utah |
| [ ] Colorado | [ ] Louisiana Middle | [ ] North Carolina Western | [ ] Vermont |
| [ ] Connecticut | [ ] Louisiana Western | [ ] North Dakota | [ ] Virgin Islands |
| [ ] Delaware | [ ] Maine | [ ] Northern Mariana Islands | [ ] Virginia Eastern |
| [ ] District of Columbia | [ ] Maryland | [ ] Ohio Northern | [ ] Virginia Western |
| [ ] Florida Middle | [ ] Massachusetts | [ ] Ohio Southern | [ ] Washington Eastern |
| [ ] Florida Northern | [ ] Michigan Eastern | [ ] Oklahoma Eastern | [ ] Washington Western |
| [ ] Florida Southern | [ ] Michigan Western | [ ] Oklahoma Northern | [ ] West Virginia Northern |
| [ ] Georgia Northern | [ ] Minnesota | [ ] Oklahoma Western | [ ] West Virginia Southern |
| [ ] Georgia Middle | [ ] Mississippi Northern | [ ] Oregon | [ ] Wisconsin Eastern |
| [ ] Georgia Southern | [ ] Mississippi Southern | [ ] Pennsylvania Eastern | [ ] Wisconsin Western |
| [ ] Guam | [ ] Missouri Eastern | [ ] Pennsylvania Middle | [ ] Wyoming |
| [ ] Hawaii | [ ] Missouri Western | [ ] Pennsylvania Western | |
| [ ] Idaho | [ ] Montana | [ ] Puerto Rico | |

**National Courts**

- [ ] Judicial Panel on Multidistrict Litigation
- [ ] U.S. Court of Federal Claims
- [ ] U.S. Court of International Trade

2.) I am an individual associated with [Yale University]

3.) Please summarize why the case information from the Public Access to Court Electronic Records (PACER) service is needed and how it will be used. Also, please explain why an exemption from the courts identified is necessary. If you need more space, please provide in an attachment.

Time extension of fee exemption is kindly requested for a research project studying linguistic patterns in federal criminal sentencing. I recently realized that not all the documents required for the project from the above courts were downloaded successfully, and more time is requested for the fee exemption. The request is limited in scope because the only documents required to meet the needs of the research project are docket reports, sentencing memoranda, and sentencing transcripts from the previous year only. The documents would be analyzed using natural language processing methods. Success of the research hinges on a corpus of text, which would be unreasonably costly to obtain if each document required payment. The documents accessed will not be redistributed on the Internet or used for commercial purposes. The expected outcomes of the research project are several publicly available, scholarly research papers of the analysis.

4.) In support of this application, I affirm the following:

   a) An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

   b) That the exemption will be for a definitive period of time: | 12 months |

   c) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

   d) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

**Declaration:** [x] I declare that all the above information is true and understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees. (The box must be marked or your request will not be considered)

| Alexander Zentefis |
Applicant's Printed Name

| Assistant Professor |
Applicant's Title

| Alexander K Zentefis  Digitally signed by Alexander K Zentefis  Date: 2024.08.01 11:20:54 -04'00' |
Applicant's Signature

| (847) 269-2294 |
Applicant's Phone Number

| alexander.zentefis@yale.edu |
Applicant's email address

| 165 Whitney Ave |
Applicant's Mailing Address

| New Haven |  | CT |  | 06511 |
City                 State        Zip Code

| 8/1/2024 |
Date

Please submit your completed, signed request via email to Multi-CourtExemptions@ao.uscourts.gov or by mail to:

Attention: Multi-Court Exemptions
Court Programs Division
DPS-CSO-PRGD
One Columbus Circle, N.E.
Washington, DC 20544

    ** Requests sent through the US mail may take up to two weeks to clear security.**

**Supplemental Information**

Name: Alexander Zentefis

PACER ID: 7548092

- I am requesting a time extension of my existing fee waiver from 73 district courts for a research project studying linguistic patterns in federal criminal sentencing. I plan to apply methods from computational linguistics—such as sentiment analysis and topic modeling—to the document texts to process and interpret the language used at sentencing at scale and convert it into structured data for analysis. Computer programs will be written to implement the methods from computational linguistics.
- I recently realized that not all the documents required for the project from these courts were downloaded successfully, and more time is requested for the fee exemption. I'm requesting more time for the fee waiver from these remaining 73 courts so that I can finish successfully downloading the docket reports, sentencing memoranda, and sentencing transcripts for the research project.
- The types of documents that will be reviewed are docket reports, sentencing memoranda, and sentencing transcripts.
- The exact number of documents is unknown, but the number of cases per court from the remaining 73 courts follows below. They are from the FJC IDB database for cases from the previous year, as that time period is the research project's defined narrow scope.
- Only criminal cases are pertinent to the research project, and I'm only requesting time-extended fee waivers from the 73 remaining district courts listed above. No fee waivers from circuit courts or bankruptcy courts are requested.

| Court Code | No of cases |
|---|---|
| akd | 235 |
| almd | 284 |
| alsd | 384 |
| ared | 834 |
| arwd | 328 |
| azd | 6660 |
| caed | 596 |
| cand | 608 |
| cod | 549 |
| ctd | 422 |
| dcd | 582 |
| ded | 134 |
| gamd | 555 |
| gand | 851 |
| gasd | 529 |
| gud | 40 |
| hid | 205 |
| iand | 528 |
| idd | 484 |

| | |
|---|---:|
| ilnd | 908 |
| ilsd | 372 |
| innd | 495 |
| insd | 623 |
| ksd | 572 |
| kyed | 590 |
| kywd | 660 |
| laed | 455 |
| lamd | 168 |
| lawd | 451 |
| mad | 565 |
| mdd | 1580 |
| med | 273 |
| miwd | 354 |
| mnd | 489 |
| moed | 1643 |
| msnd | 230 |
| mssd | 549 |
| mtd | 541 |
| nced | 1934 |
| ncmd | 548 |
| ncwd | 779 |
| ndd | 442 |
| njd | 1207 |
| nmd | 2951 |
| nmid | 29 |
| nvd | 565 |
| nyed | 1000 |
| nynd | 667 |
| nysd | 1286 |
| ohsd | 770 |
| oked | 299 |
| oknd | 759 |
| okwd | 912 |
| paed | 731 |
| pamd | 704 |
| prd | 983 |
| rid | 174 |
| scd | 699 |
| sdd | 896 |
| tnmd | 546 |
| tnwd | 637 |
| txed | 1000 |
| txnd | 1980 |
| txsd | 9682 |

| | |
|---|---:|
| vaed | 1528 |
| vawd | 298 |
| vid | 99 |
| vtd | 232 |
| waed | 460 |
| wied | 403 |
| wiwd | 221 |
| wvnd | 381 |
| wvsd | 412 |